# United States Bankruptcy Court
## Middle District of North Carolina

In re  Greater Cleveland Avenue Christian Church | Case No.  18-50410
        Debtor(s)                                 | Chapter   11

### MONTHLY OPERATING REPORT

Month:  April 20 – April 30, 2018          Date Filed: _June 25, 2018_
Line of Business:  Church                  NAISC Code: _____

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

_Shel McCarte_

ORIGINAL SIGNATURE OF RESPONSIBLE PARTY

Bishop Sheldon McCarter
PRINTED NAME OF RESPONSIBLE PARTY

| QUESTIONNAIRE: (All questions to be answered on behalf of the debtor.) | YES | NO |
|---|---|---|
| 1. IS THE BUSINESS STILL OPERATING? | ☒ | ☐ |
| 2. HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☒ | ☐ |
| 3. DID YOU PAY YOUR EMPLOYEES ON TIME? | ☒ | ☐ |
| 4. HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? DIP account was not opened until | ☐ | ☒ |
| 5. HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH? 941 for tax period ending 3/31/2018 was not filed/paid until | ☐ | ☒ |
| 6. HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☒ | ☐ |
| 7. HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☒ | ☐ |
| 8. DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☒ | ☐ |
| 9. ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT? | ☒ | ☐ |
| 10. HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☒ | ☐ |
| 11. DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH | ☐ | ☒ |
| 12. HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☒ |
| 13. DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☒ | ☐ |

| | | |
|---|---|---|
| 14. | HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ ☒ |
| 15. | DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ ☒ |
| 16. | HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH | ☐ ☒ |
| 17. | HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☐ ☒ |

### TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?        ☒        ☐

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

941 for tax period ending March 31, 2018 was not paid/filed until

### INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. A SUMMARY STATEMENT OF INCOME AND EXPENSES MAY BE SUBMITTED WITH THE PRIOR APPROVAL OF THE BANKRUPTCY ADMINISTRATOR.

| | | |
|---|---|---|
| **TOTAL INCOME** | $ | **34,160.45** |

#### SUMMARY OF CASH ON HAND

| | | |
|---|---|---|
| Cash on Hand at Start of Month | $ | 20,933.80 |
| Cash on Hand at End of Month | $ | 23,477.96 |
| PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU | $ | 23,477.96 |

### EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. A SUMMARY STATEMENT OF INCOME AND EXPENSES MAY BE SUBMITTED WITH THE PRIOR APPROVAL OF THE BANKRUPTCY ADMINISTRATOR.

| | | |
|---|---|---|
| **TOTAL EXPENSES** | $ | **31,616.29** |

### CASH PROFIT

| | | |
|---|---|---|
| INCOME FOR THE MONTH | $ | 34,160.45 |
| EXPENSES FOR THE MONTH | $ | 31,616.29 |
| *(Subtract Line C from Line B)*    **CASH PROFIT FOR THE MONTH** | $ | 2,544.16 |

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. A SUMMARY STATEMENT OF ACCOUNTS PAYABLE, WITH AGEING INFORMATION, MAY BE SUBMITTED WITH THE PRIOR APPROVAL OF THE BANKRUPTCY ADMINISTRATOR. ALL UNPAID NON-TRADE PAYABLES MUST BE LISTED SEPARATELY, IN DETAIL.

**TOTAL PAYABLES**    $ _____ **0.00**

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. A SUMMARY STATEMENT OF ACCOUNTS RECEIVABLE, WITH AGEING INFORMATION, MAY BE SUBMITTED WITH THE PRIOR APPROVAL OF THE BANKRUPTCY ADMINISTRATOR. ALL UNPAID NON-TRADE RECEIVABLES MUST BE LISTED SEPARATELY, IN DETAIL.

**TOTAL RECEIVABLES**    $ _____ **0.00**

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

See Attached Exhibit E

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED?    _____ **2**

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT?    _____ **2**

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

| | | |
|---|---|---|
| PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? | $ | 0.00 |
| TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? | $ | 0.00 |

*NON-BANKRUPTCY RELATED:*

| | | |
|---|---|---|
| PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? | $ | 0.00 |
| TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? | $ | 0.00 |

## ADDITIONAL INFORMATION

(1)  PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT, BALANCE SHEET, STATEMENT OF CASH FLOWS, AND STATEMENT OF SHAREHOLDERS/PARTNERS EQUITY WHICH YOU PREPARE INTERNALLY.

(2)  PLEASE ADD ANY INFORMATION, SUCH AS A REPORT OF ACTIVITIES, WHICH WOULD ASSIST A REASONABLY INFORMED REVIEWER TO FULLY UNDERSTAND THE STATUS OF THIS BANKRUPTCY CASE.

| April 20--30, 2018 | | | | | | | |
|---|---|---|---|---|---|---|---|
| Itemized Expenses | | | | | | | |
| | | | Acutals | | | | |
| | | | | | | | |
| Income | | | | | | | |
| | Tithes/Offerings | | $ 33,840.00 | | | | |
| | Interest Income | | $        0.45 | | | | |
| | Misc. Income | | $     320.00 | | | | |
| Total Income | | | $ 34,160.45 | | | | |
| | | | | | | | |
| Expenses | | | | | | | |
| | Utilities | | | | | | |
| | | power | $   4,361.87 | | | | |
| | | phone | $          - | | | | |
| | | water | $          - | paid bi-monthly | | | |
| | | internet | $     429.98 | | | | |
| | | trash service | $          - | | | | |
| | | natural gas | $          - | | | | |
| | Insurance | | | | | | |
| | | vehicle | $          - | | | | |
| | | property | $   3,705.99 | | | | |
| | Payroll/Benefits | | | | | | |
| | | 1099 EEs | $   5,182.00 | | | | |
| | | salary | $          - | | | | |
| | | housing allowanace | $          - | | | | |
| | | car allowances | $   4,134.82 | | | | |
| | | health insurance | $          - | | | | |
| | Leases | | | | | | |
| | | USBank | $          - | | | | |
| | | Canteen | $          - | | | | |
| | | Apple Financial | $          - | | | | |
| | | NEC Financial | $          - | | | | |
| | | Pitney Bowes | $          - | postage machine and postage | | | |
| | Other Fixed Costs | | | | | | |
| | | NewTek Tech | $          - | | | | |
| | | TruGodTV | $          - | | | | |
| | | Terminex | $          - | | | | |
| | | BMC Financial | $          - | | | | |
| | | Chitwood & Chitwood | $          - | | | | |
| | | Post Office | $     250.00 | yearly rental | | | |
| | | Digital | $          - | | | | |
| | | Carolina Alarm | $     191.41 | includes repair | | | |
| | Non-Fixed Costs | | | | | | |
| | | advertising | $          - | | | | |
| | | church supplies | $     307.30 | | | | |
| | | contributions | $          - | | | | |
| | | honorariums | $   5,330.52 | | | | |
| | | hotel | $     413.07 | | | | |
| | | main/repairs | $   2,247.13 | | | | |
| | | meals/entertain | $          - | | | | |
| | | membership | $          - | | | | |
| | | mission expense | $     736.00 | | | | |
| | | office exp | $          - | | | | |
| | | postage | $     184.23 | | | | |
| | | printing | $          - | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | rental | | $ | 106.75 | | | |
| | | travel | | $ | - | | | |
| | | ministry | | $ | 268.29 | | | |
| | | gift | | $ | - | | | |
| | | catering | | $ | 600.00 | | | |
| | | janatorial supplies | | $ | 266.42 | | | |
| | | bank fees | | $ | 16.00 | | | |
| | CC payments | | | | | | | |
| | | Sams | | $ | 117.00 | | | |
| | | Office Depot | | $ | 152.99 | | | |
| | | BB&T | | $ | 173.01 | | | |
| | HP property | | | | | | | |
| | | rent | | $ | 2,000.00 | last payment of rent | | |
| | | PNG | | $ | 441.51 | last PNG payment for HP | | |
| Total Expenses | | | | $ | 31,616.29 | | | |
| Net Income | | | | $ | 2,544.16 | | | |



# ⟨CB⟩ CAPITAL BANK

P.O. Box 1120
Greeneville, TN 37744-1120

| | |
|---|---|
| Statement Date | 04/30/2018 |
| Account Number | 7727 |
| Enclosures | 0 |
| Page | 1 of 3 |

00002901 FS627805021802091300 04 000000000 00143051 002
GREATER CLEVELAND AVE CHRISTIAN CHURCH
GENERAL OPERATING ACCOUNT
P O BOX 20245
WINSTON SALEM NC 27120

## Checking Account

Business Interest Checking
Account Number                     7727
Beginning Balance              4,863.91
    5 Deposits/Credits         2,839.00
   15 Checks/Debits            5,601.03
Account Charges                     .00
Interest Paid                       .21
Ending Balance                 2,102.09

Enclosures:                           0
Statement Dates   4/02/18 thru  4/30/18
Days in the Statement Period         29
Average Balance                1,727.19

Interest Earned                     .21
Annual Percentage Yield Earned    0.15%
2018 Interest Paid                 2.82

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $.00 | $37.00 |
| Total Returned Item Fees | $.00 | $296.00 |

TRANSACTION DETAIL

| Date | Description | Amount |
|---|---|---|
| 4/02 | POS PUR 0357  3/31/18 863106<br>WAL-MART #2793<br>KERNERSVILLE    NC<br>Card# 3147 | 54.48- |
| 4/02 | POS PUR 0000  3/31/18 775412<br>HOTELS.COM14677<br>HOTELS.COM      WA<br>Card# 3147 | 71.44- |
| 4/02 | POS PUR 0000  3/31/18 886751<br>HOTELS.COM14677 | 71.44- |

---

**Thank you for being our customer!**
Customer Service Call Center: 1.800.639.5111 • www.capitalbank-us.com
Corporate Office • 333 Fayetteville St, Ste 300 • Raleigh, NC 27601



Member
**FDIC**



EQUAL HOUSING
LENDER

SEE REVERSE SIDE FOR IMPORTANT INFORMATION

## To change your address, complete this form.

STREET _____

CITY/STATE _____

OTHER ACCOUNTS _____

_____

_____

AUTHORIZED SIGNATURE _____    DATE _____

✱    FOR CHANGE OF ADDRESS, TEAR ALONG THIS LINE AND RETURN TOP PORTION TO THE BANK    ✱

## CHECKBOOK RECONCILIATION

### *Checks Outstanding*

| DATE OR NUMBER | AMOUNT | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL | | |

① BEFORE BALANCING THIS STATEMENT BE SURE TO ADD INTEREST (IF ANY), AND ANY OTHER AUTOMATIC MONTHLY DEPOSITS TO YOUR CHECKBOOK BALANCE.

② ALSO, DEDUCT SERVICE CHARGES (IF ANY), AS WELL AS ANY ADJUSTMENTS AND ANY AUTOMATIC CHARGES FROM YOUR CHECKBOOK BALANCE.

*Enter*
  BALANCE THIS STATEMENT      $ _____

*Add*
  RECENT DEPOSITS
    (NOT CREDITED ON THIS STATEMENT)    _____

_____

*Total*      _____

*Subtract*
  CHECKS OUTSTANDING    _____

*Balance*      $ _____

SHOULD AGREE WITH YOUR CHECKBOOK BALANCE AFTER DEDUCTING CHARGES AND ADDING CREDITS INCLUDED ON THIS STATEMENT, BUT NOT SHOWN IN YOUR CHECKBOOK.

**CUSTOMERS DUTY TO EXAMINE BANK STATEMENT:**
PLEASE REVIEW YOUR STATEMENT CAREFULLY AND NOTIFY US PROMPTLY IF YOU DETECT ANY ERRORS

**FOR CONSUMER ACCOUNTS ONLY IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS :**
TELEPHONE US AT 1.800.639.5111 or WRITE US AT: Capital Bank, PO BOX 1120, Greeneville, TN 37744-1120 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the error or problem appeared. (1) Tell us your name and account number (if any). (2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information. (3) Tell us the dollar amount of the suspected error. We will investigate your complaint and will correct any error promptly. If we take more than (10) business days to do so this (20 days for a new account), we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**DEBIT CARD CUSTOMERS :**
If your card is lost or stolen, please contact the Bank at 1.800.639.5111 immediately.

# CAPITAL BANK



| | |
|---|---|
| Statement Date | 04/30/2018 |
| Account Number | 7727 |
| Enclosures | 0 |
| Page | 2 of 3 |

Business Interest Checking      7727  (Continued)

TRANSACTION DETAIL

| Date | Description | Amount |
|---|---|---|
| | HOTELS.COM          WA<br>Card# 3147 | |
| 4/02 | POS PUR 0000  3/31/18 852761<br>BARNES & NOBLE<br>WINSTON-SALEM  NC<br>Card# 3147 | 150.00- |
| 4/02 | POS PUR 0436  3/31/18 959751<br>DICK'S CLOTHING<br>WINSTON SALEM  NC<br>Card# 3147 | 181.43- |
| 4/02 | MERCH FEES TSYS<br>CCD    021770018498125 | 45.00- |
| 4/02 | MERCH FEES BANKCARD<br>CCD    739907195004966 | 145.25- |
| 4/02 | Payment     ATT<br>PPD | 603.78- |
| 4/02 | Payment     ATT<br>PPD | 641.03- |
| 4/03 | MERCH DEP  BANKCARD DEP<br>CCD    739907195004966 | 465.00 |
| 4/03 | MERCH DEP  BANKCARD DEP<br>CCD    739907195004966 | 572.00 |
| 4/03 | POS PUR 0000  4/1/18 911478<br>NEWTEK TECHNOLO<br>877-323-4678   AZ<br>Card# 3147 | 40.29- |
| 4/03 | IND DRAFT  BCBS NC<br>WEB  T10939438 | 2,795.54- |
| 4/04 | POS PUR 0000  4/3/18 425356<br>USPS KIOSK 3640<br>KERNERSVILLE   NC<br>Card# 3147 | 12.15- |
| 4/09 | POS PUR 0000  4/5/18 654636<br>DEWEYS BAKERY T | 127.03- |

00002901-0054141-0002-0003-FS627805021802091300-04-L



# CAPITAL BANK

| | |
|---|---|
| Statement Date | 04/30/2018 |
| Account Number | 7727 |
| Enclosures | 0 |
| Page | 3 of 3 |

Business Interest Checking          7727  (Continued)

TRANSACTION DETAIL

| Date | Description | Amount |
|---|---|---|
| | WINSTON SALEM  NC | |
| | Card# 3147 | |
| 4/10 | MERCH DEP  BANKCARD DEP | 730.00 |
| | CCD     739907195004966 | |
| 4/11 | EFT DEBIT  WELLS FARGO BANK | 326.27- |
| | CCD     000000004097311 | |
| 4/18 | MERCH DEP  BANKCARD DEP | 752.00 |
| | CCD     739907195004966 | |
| 4/24 | MERCH DEP  BANKCARD DEP | 320.00 |
| | CCD     739907195004966 | |
| 4/27 | POS PUR 0000  4/27/18 587728 | 335.90- |
| | HOTELS.COM14756 | |
| | HOTELS.COM     WA | |
| | Card# 3147 | |
| 4/30 | Interest Credit | .21 |

DAILY BALANCE

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 4/02 | 2,900.06 | 4/10 | 1,692.05 | 4/27 | 2,101.88 |
| 4/03 | 1,101.23 | 4/11 | 1,365.78 | 4/30 | 2,102.09 |
| 4/04 | 1,089.08 | 4/18 | 2,117.78 | | |
| 4/09 | 962.05 | 4/24 | 2,437.78 | | |

# Platinum Business Checking



Account number:    **4838**  ▪  April 1, 2018 - April 30, 2018  ▪  Page 1 of 8

GREATER CHURCH OF HIGH POINT
PO BOX 20245
WINSTON SALEM NC 27120-0245

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (338)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Access complimentary resources and tools to help you create or revise your business plan - whether you're an experienced business owner or just starting out. Find out more at wellsfargoworks.com/plan.

### Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☐ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---:|
| Beginning balance on 4/1 | $21,881.69 |
| Deposits/Credits | 83,053.52 |
| Withdrawals/Debits | - 83,559.34 |
| **Ending balance on 4/30** | **$21,375.87** |
| Average ledger balance this period | $22,484.60 |

Account number:    **4838**

**GREATER CHURCH OF HIGH POINT**

*North Carolina account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 053000219

For Wire Transfers use
Routing Number (RTN): 121000248

**Overdraft Protection**

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

Account number:    **4838**  ■  April 1, 2018 - April 30, 2018  ■  Page 2 of 8



## Interest summary

| | |
|---|---|
| Interest paid this statement | $0.24 |
| Average collected balance | $14,847.68 |
| Annual percentage yield earned | 0.02% |
| Interest earned this statement period | $0.23 |
| Interest paid this year | $0.24 |

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 4/2 | | 5/3 Bankcard Sys Deposit 033118 4445022384792 5/3 Bankcard VISA/Mc Dep 4445022384792 | 470.03 | | |
| 4/2 | | 5/3 Bankcard Sys Deposit 040118 4445022384792 5/3 Bankcard VISA/Mc Dep 4445022384792 | 601.12 | | |
| 4/2 | | 5/3 Bankcard Sys Deposit 040218 4445022384792 5/3 Bankcard VISA/Mc Dep 4445022384792 | 1,544.54 | | |
| 4/2 | | Deposit | 813.03 | | |
| 4/2 | | Deposit | 314.00 | | |
| 4/2 | | Deposit | 322.00 | | |
| 4/2 | | Deposit | 10,571.84 | | |
| 4/2 | | Purchase authorized on 03/29 Sheraton Hotels Gr Greensboro NC S588088406319371 Card 3872 | | 177.90 | |
| 4/2 | | Purchase authorized on 03/30 Lowe's Foods #1 Walkertown NC P00000000480152996 Card 3872 | | 112.23 | |
| 4/2 | | ATM Withdrawal authorized on 04/01 221 E Mountain St Kernersville NC 0006221 ATM ID 0611K Card 3872 | | 300.00 | |
| 4/2 | 10136 | Cashed Check | | 325.00 | |
| 4/2 | 10121 | Check | | 216.21 | |
| 4/2 | 10118 | Check | | 372.97 | |
| 4/2 | 10139 | Check | | 296.94 | |
| 4/2 | 10137 | Check | | 500.00 | |
| 4/2 | 10130 | Check | | 648.00 | |
| 4/2 | 10138 | Check | | 500.00 | 33,069.00 |
| 4/3 | | Purchase authorized on 03/31 Sheraton Hotels Gr Greensboro NC S588091097634363 Card 3872 | | 32.13 | |
| 4/3 | 10140 | Check | | 4,413.00 | |
| 4/3 | | Duke Energy Duke Pymnt 180403 1217966658 . | | 1,953.58 | |
| 4/3 | | Duke Energy Duke Pymnt 180403 0004001137 . | | 2,212.42 | |
| 4/3 | 10126 | Check | | 100.00 | |
| 4/3 | 10060 | Check | | 200.00 | |
| 4/3 | 10131 | Check | | 500.00 | 23,657.87 |
| 4/4 | | 5/3 Bankcard Sys Deposit 040418 4445022384792 5/3 Bankcard VISA/Mc Dep 4445022384792 | 20.76 | | |
| 4/4 | 10144 | Deposited OR Cashed Check | | 1,513.52 | |
| 4/4 | 10141 | Cashed Check | | 1,215.00 | |
| 4/4 | | Purchase authorized on 04/04 Wal-Mart #2793 Kernersville NC P00000000982542377 Card 3872 | | 14.92 | |
| 4/4 | 10115 | Check | | 100.00 | 20,835.19 |
| 4/5 | | 5/3 Bankcard Sys Deposit 040518 4445022384792 5/3 Bankcard VISA/Mc Dep 4445022384792 | 570.35 | | |
| 4/5 | | Deposit | 6,961.00 | | |
| 4/5 | | Purchase authorized on 04/03 Lowes #01141* Kernersville NC S588093787548887 Card 3872 | | 30.94 | |
| 4/5 | 10143 | Check | | 2,500.00 | |
| 4/5 | 10145 | Check | | 1,500.00 | 24,335.60 |
| 4/6 | | Purchase authorized on 04/05 Ifh Chefsmart Winston-Salem NC S468095636139295 Card 3872 | | 49.29 | |
| 4/6 | 10135 | Deposited OR Cashed Check | | 125.00 | |
| 4/6 | 10113 | Deposited OR Cashed Check | | 125.00 | |

Account number:   **4838**  ■  April 1, 2018 - April 30, 2018  ■  Page 3 of 8



## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 4/6 | | Purchase authorized on 04/06 Sams Club Sam's Club Winston-Salem NC P00000000886916682 Card 3872 | | 81.49 | |
| 4/6 | | Purchase authorized on 04/06 Wal-Mart Super Center Kernersville NC P00000000877461833 Card 3872 | | 15.77 | |
| 4/6 | 10059 | Check | | 400.00 | |
| 4/6 | 10132 | Check | | 390.00 | 23,149.05 |
| 4/9 | | 5/3 Bankcard Sys Deposit 040718 4445022384792 5/3 Bankcard VISA/Mc Dep 4445022384792 | 455.77 | | |
| 4/9 | | 5/3 Bankcard Sys Deposit 040918 4445022384792 5/3 Bankcard VISA/Mc Dep 4445022384792 | 1,198.04 | | |
| 4/9 | | Deposit | 200.00 | | |
| 4/9 | | Deposit | 11,517.42 | | |
| 4/9 | | Purchase authorized on 04/07 Sams Club Sam's Club Winston-Salem NC P00000000682802589 Card 3872 | | 35.88 | |
| 4/9 | | Withdrawal Made In A Branch/Store | | 7,000.00 | |
| 4/9 | 10150 | Check | | 500.00 | |
| 4/9 | 10149 | Check | | 500.00 | 28,484.40 |
| 4/10 | 10061 | Check | | 500.00 | |
| 4/10 | 10146 | Check | | 1,000.00 | 26,984.40 |
| 4/11 | | Partial Cash Deposited Fee Reversal | 15.53 | | |
| 4/11 | | Partial Transactions Fee Reversal | 62.63 | | |
| 4/11 | | Partial Cash Deposited Fee Reversal | 10.20 | | |
| 4/11 | | Partial Transactions Fee Reversal | 44.63 | | |
| 4/11 | | 5/3 Bankcard Sys Deposit 041118 4445022384792 5/3 Bankcard VISA/Mc Dep 4445022384792 | 23.97 | | |
| 4/11 | | Purchase authorized on 04/10 Wal-Mart #2793 Kernersville NC P00000000280391093 Card 3872 | | 54.88 | |
| 4/11 | | Purchase authorized on 04/11 WM Superc Wal-Mart Sup Kernersville NC P00000000185780309 Card 3872 | | 51.35 | |
| 4/11 | 10148 | Cashed Check | | 250.00 | 26,785.13 |
| 4/12 | | 5/3 Bankcard Sys Deposit 041218 4445022384792 5/3 Bankcard VISA/Mc Dep 4445022384792 | 37.94 | | |
| 4/12 | | Purchase authorized on 04/10 City of Winston SA 336-7476947 NC S308100744945861 Card 3872 | | 1,039.62 | |
| 4/12 | | Recurring Payment authorized on 04/11 Paypal *Truegodtv 402-935-7733 CA S468101483374120 Card 3872 | | 250.00 | |
| 4/12 | 10156 | Check | | 600.00 | |
| 4/12 | 10158 | Check | | 500.00 | |
| 4/12 | 10151 | Check | | 800.00 | 23,633.45 |
| 4/13 | | Deposit | 1,730.00 | | |
| 4/13 | | Purchase authorized on 04/11 Deweys Bakery Thru 877-6724228 NC S468101576998225 Card 3872 | | 114.33 | 25,249.12 |
| 4/16 | | 5/3 Bankcard Sys Deposit 041418 4445022384792 5/3 Bankcard VISA/Mc Dep 4445022384792 | 271.28 | | |
| 4/16 | | 5/3 Bankcard Sys Deposit 041518 4445022384792 5/3 Bankcard VISA/Mc Dep 4445022384792 | 349.26 | | |
| 4/16 | | 5/3 Bankcard Sys Deposit 041618 4445022384792 5/3 Bankcard VISA/Mc Dep 4445022384792 | 1,121.25 | | |
| 4/16 | | Deposit | 7,662.00 | | |
| 4/16 | | Deposit | 2,184.50 | | |
| 4/16 | | Purchase authorized on 04/14 8960 Dominos Pizza Walkertown NC S468105039533171 Card 3872 | | 15.00 | |
| 4/16 | | Purchase authorized on 04/14 8960 Dominos Pizza Walkertown NC S468105040396566 Card 3872 | | 15.00 | |
| 4/16 | | Purchase authorized on 04/15 McDonald's F33072 Walkertown NC S468105451270286 Card 3872 | | 30.00 | |
| 4/16 | 10166 | Cashed Check | | 1,215.00 | |
| 4/16 | 10160 | Check | | 400.00 | |
| 4/16 | 10154 | Check | | 615.00 | |
| 4/16 | 10152 | Check | | 2,000.00 | |
| 4/16 | 10134 | Check | | 100.00 | |
| 4/16 | 10161 | Check | | 100.00 | |

Account number:    **4838**    ▪ April 1, 2018 - April 30, 2018    ▪ Page 4 of 8



**WELLS FARGO**

---

## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|--------------|-------------|-------------------|---------------------|----------------------|
| 4/16 | 10157 | Check | | 100.00 | 32,247.41 |
| 4/17 | | 5/3 Bankcard Sys Deposit 041718 4445022384792 5/3 Bankcard VISA/Mc Dep 4445022384792 | 125.93 | | |
| 4/17 | | Withdrawal Made In A Branch/Store | | 3,000.00 | |
| 4/17 | 10165 | Check | | 4,413.00 | |
| 4/17 | 10159 | Check | | 1,100.00 | |
| 4/17 | 10167 | Check | | 1,174.04 | 22,686.30 |
| 4/18 | | Purchase authorized on 04/16 Newtek Technology 877-323-4678 AZ S308106475051674 Card 3872 | | 42.44 | |
| 4/18 | < | Business to Business ACH Debit - Bk of Amer Vi/Mc Online Pmt 180418 Ckf525749252POS Jones,Diana | | 1,080.00 | |
| 4/18 | 10162 | Check | | 500.00 | |
| 4/18 | 10155 | Check | | 351.71 | 20,712.15 |
| 4/19 | | 5/3 Bankcard Sys Deposit 041918 4445022384792 5/3 Bankcard VISA/Mc Dep 4445022384792 | 14.26 | | |
| 4/19 | | Purchase authorized on 04/17 AT&T *Payment 800-288-2020 TX S388108115326260 Card 3872 | | 770.00 | |
| 4/19 | | Purchase authorized on 04/17 AT&T *Payment 800-288-2020 TX S468108123544704 Card 3872 | | 865.39 | |
| 4/19 | 10164 | Cashed Check | | 275.00 | 18,816.02 |
| 4/20 | | Deposit | 780.00 | | |
| 4/20 | | Purchase Return authorized on 04/20 Wal-Mart #2793 Kernersville NC P0000000932989887 Card 3872 | 21.12 | | |
| 4/20 | 10172 | Check | | 106.75 | |
| 4/20 | 10171 | Check | | 490.00 | |
| 4/20 | 10174 | Check | | 552.00 | |
| 4/20 | 10179 | Check | | 600.00 | |
| 4/20 | 10168 | Check | | 1,611.93 | |
| 4/20 | 10177 | Check | | 191.41 | 16,065.05 |
| 4/23 | | 5/3 Bankcard Sys Deposit 042118 4445022384792 5/3 Bankcard VISA/Mc Dep 4445022384792 | 242.45 | | |
| 4/23 | | 5/3 Bankcard Sys Deposit 042318 4445022384792 5/3 Bankcard VISA/Mc Dep 4445022384792 | 423.32 | | |
| 4/23 | | Deposit | 313.01 | | |
| 4/23 | | Deposit | 16,389.10 | | |
| 4/23 | 10178 | Deposited OR Cashed Check | | 600.00 | |
| 4/23 | | Toyota Pay Tfs 180421 04-0772-Hp147 04-0772-Hp147 | | 1,375.22 | |
| 4/23 | 10170 | Check | | 429.98 | |
| 4/23 | 10173 | Check | | 1,235.33 | |
| 4/23 | 10175 | Check | | 400.00 | |
| 4/23 | 10180 | Check | | 335.20 | |
| 4/23 | 10185 | Check | | 500.00 | |
| 4/23 | 10142 | Check | | 2,000.00 | |
| 4/23 | 10187 | Check | | 600.00 | 25,957.20 |
| 4/24 | | Purchase authorized on 04/24 USPS PO 36871701 200 Town Winston Salem NC P00388114659091771 Card 3872 | | 250.00 | |
| 4/24 | 10184 | Cashed Check | | 275.00 | |
| 4/24 | 10147 | Check | | 125.00 | |
| 4/24 | 10183 | Check | | 125.00 | |
| 4/24 | 10176 | Check | | 65.00 | 25,117.20 |
| 4/25 | | Purchase authorized on 04/24 Hotels.Com14749282 Hotels.Com WA S388114753718554 Card 3872 | | 77.17 | |
| 4/25 | | Purchase authorized on 04/24 Wal-Mart #2793 Kernersville NC P0000000780712836 Card 3872 | | 10.50 | |
| 4/25 | | Purchase authorized on 04/25 Office Depot 00 1235 Sila Winston Salem NC P0058811556884332 Card 3872 | | 49.24 | |
| 4/25 | | Ferrari Financia Loan Pmt 0270021289 McCarter, Sheldon | | 1,231.98 | |
| 4/25 | | Duke Energy Duke Pymnt 180425 1217966658 Cleveland Ave CHR Ch | | 2,035.21 | |
| 4/25 | | Duke Energy Duke Pymnt 180425 0004001137 Cleveland Ave CHR Ch | | 2,326.66 | |
| 4/25 | 10182 | Check | | 100.00 | |

Account number:    **4838**  ■  April 1, 2018 - April 30, 2018  ■  Page 5 of 8



**WELLS FARGO**

## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------------|-------------|------------------|--------------------|--------------------|
| 4/25 | 10196 | Check | | 300.00 | 18,986.44 |
| 4/26 | | 5/3 Bankcard Sys Deposit 042618 4445022384792 5/3 Bankcard VISA/Mc Dep 4445022384792 | 115.62 | | |
| 4/26 | 10188 | Check | | 1,130.52 | |
| 4/26 | 10153 | Check | | 266.42 | |
| 4/26 | 10181 | Check | | 200.00 | |
| 4/26 | 10195 | Check | | 173.01 | |
| 4/26 | 10199 | Check | | 736.00 | 16,596.11 |
| 4/27 | | Deposit | 536.00 | | |
| 4/27 | | Deposit | 1,489.00 | | |
| 4/27 | 10190 | Check | | 2,470.66 | |
| 4/27 | 10193 | Check | | 152.99 | |
| 4/27 | 10192 | Check | | 117.00 | 15,880.46 |
| 4/30 | | 5/3 Bankcard Sys Deposit 042818 4445022384792 5/3 Bankcard VISA/Mc Dep 4445022384792 | 133.70 | | |
| 4/30 | | 5/3 Bankcard Sys Deposit 042918 4445022384792 5/3 Bankcard VISA/Mc Dep 4445022384792 | 639.96 | | |
| 4/30 | | 5/3 Bankcard Sys Deposit 043018 4445022384792 5/3 Bankcard VISA/Mc Dep 4445022384792 | 1,482.44 | | |
| 4/30 | | Deposit | 11,274.28 | | |
| 4/30 | | Purchase authorized on 04/26 Foreign Cars Itali Greensboro NC S468116751099626 Card 3872 | | 1,527.62 | |
| 4/30 | 10204 | Cashed Check | | 250.00 | |
| 4/30 | 10206 | Deposited OR Cashed Check | | 4,000.00 | |
| 4/30 | < | Business to Business ACH Debit - Fleetcor Lockbox Cash Conc 482635 Cleveland Ave Churc | | 268.29 | |
| 4/30 | 10194 | Check | | 184.23 | |
| 4/30 | 10202 | Check | | 400.00 | |
| 4/30 | 10198 | Check | | 200.00 | |
| 4/30 | 10191 | Check | | 441.51 | |
| 4/30 | 10205 | Check | | 500.00 | |
| 4/30 | 10211 | Check | | 247.56 | |
| 4/30 | | Interest Payment | 0.24 | | |
| 4/30 | | Transactions Fee | | 16.00 | 21,375.87 |
| | | **Ending balance on 4/30** | | | 21,375.87 |
| | | **Totals** | **$83,053.52** | **$83,559.34** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< **Business to Business ACH:***If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

### Summary of checks written  *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|--------|------|--------|
| 10059 | 4/6 | 400.00 | 10134 * | 4/16 | 100.00 | 10145 | 4/5 | 1,500.00 |
| 10060 | 4/3 | 200.00 | 10135 | 4/6 | 125.00 | 10146 | 4/10 | 1,000.00 |
| 10061 | 4/10 | 500.00 | 10136 | 4/2 | 325.00 | 10147 | 4/24 | 125.00 |
| 10113 * | 4/6 | 125.00 | 10137 | 4/2 | 500.00 | 10148 | 4/11 | 250.00 |
| 10115 * | 4/4 | 100.00 | 10138 | 4/2 | 500.00 | 10149 | 4/9 | 500.00 |
| 10118 * | 4/2 | 372.97 | 10139 | 4/2 | 296.94 | 10150 | 4/9 | 500.00 |
| 10121 * | 4/2 | 216.21 | 10140 | 4/3 | 4,413.00 | 10151 | 4/12 | 800.00 |
| 10126 * | 4/3 | 100.00 | 10141 | 4/4 | 1,215.00 | 10152 | 4/16 | 2,000.00 |
| 10130 * | 4/2 | 648.00 | 10142 | 4/23 | 2,000.00 | 10153 | 4/26 | 266.42 |
| 10131 | 4/3 | 500.00 | 10143 | 4/5 | 2,500.00 | 10154 | 4/16 | 615.00 |
| 10132 | 4/6 | 390.00 | 10144 | 4/4 | 1,513.52 | 10155 | 4/18 | 351.71 |

Account number:   **4838** ■ April 1, 2018 - April 30, 2018 ■ Page 6 of 8



## Summary of checks written  (continued)

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 10156 | 4/12 | 600.00 | 10173 | 4/23 | 1,235.33 | 10190 * | 4/27 | 2,470.66 |
| 10157 | 4/16 | 100.00 | 10174 | 4/20 | 552.00 | 10191 | 4/30 | 441.51 |
| 10158 | 4/12 | 500.00 | 10175 | 4/23 | 400.00 | 10192 | 4/27 | 117.00 |
| 10159 | 4/17 | 1,100.00 | 10176 | 4/24 | 65.00 | 10193 | 4/27 | 152.99 |
| 10160 | 4/16 | 400.00 | 10177 | 4/20 | 191.41 | 10194 | 4/30 | 184.23 |
| 10161 | 4/16 | 100.00 | 10178 | 4/23 | 600.00 | 10195 | 4/26 | 173.01 |
| 10162 | 4/18 | 500.00 | 10179 | 4/20 | 600.00 | 10196 | 4/25 | 300.00 |
| 10164 * | 4/19 | 275.00 | 10180 | 4/23 | 335.20 | 10198 * | 4/30 | 200.00 |
| 10165 | 4/17 | 4,413.00 | 10181 | 4/26 | 200.00 | 10199 | 4/26 | 736.00 |
| 10166 | 4/16 | 1,215.00 | 10182 | 4/25 | 100.00 | 10202 * | 4/30 | 400.00 |
| 10167 | 4/17 | 1,174.04 | 10183 | 4/24 | 125.00 | 10204 * | 4/30 | 250.00 |
| 10168 | 4/20 | 1,611.93 | 10184 | 4/24 | 275.00 | 10205 | 4/30 | 500.00 |
| 10170 * | 4/23 | 429.98 | 10185 | 4/23 | 500.00 | 10206 | 4/30 | 4,000.00 |
| 10171 | 4/20 | 490.00 | 10187 * | 4/23 | 600.00 | 10211 * | 4/30 | 247.56 |
| 10172 | 4/20 | 106.75 | 10188 | 4/26 | 1,130.52 | | | |

*  Gap in check sequence.

## Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 04/01/2018 - 04/30/2018 | Standard monthly service fee $40.00 | You paid $0.00 |
|---|---|---|

We waived the fee this fee period to allow you to meet the requirements to avoid the monthly service fee.  Your fee waiver is about to expire.  You will need to meet the requirement(s) to avoid the monthly service fee.

| How to avoid the monthly service fee | Minimum required | This fee period |
|---|---|---|
| Have any **ONE** of the following account requirements | | |
| · Average ledger balance | $25,000.00 | $22,485.00 ☐ |
| · Combined balances in linked accounts, which may include | $40,000.00 | ☐ |
| - Average ledger balances in business checking, savings, and time accounts | | |
| - Most recent statement balance in eligible Wells Fargo business credit cards and lines of credit, and combined average daily balances from the previous month in eligible Wells Fargo business and commercial loans and lines of credit | | |
| - For complete details on how you can avoid the monthly service fee based on your combined balances please refer to page 7 of the Business Account Fee and Information Schedule at www.wellsfargo.com/biz/fee-information | | |

WKWK

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 19,100 | 20,000 | 0 | 0.0030 | 0.00 |
| Transactions | 532 | 500 | 32 | 0.50 | 16.00 |
| **Total service charges** | | | | | **$16.00** |

Account number:        4838   ▪   April 1, 2018 - April 30, 2018   ▪   Page 7 of 8        

 IMPORTANT ACCOUNT INFORMATION

The following addendum to the "Rights and responsibilities" section of the Business Account Agreement is effective April 30, 2018:

What happens upon the death or incompetence of a business owner?

Sole Proprietors Only:
We may accept and comply with court orders and legal documents, and take direction from affiants or court appointed personal representatives, guardians, or conservators from your state of residence, even if different than where your account was opened except as otherwise required by applicable law or court order. We may require additional documentation be provided to us before complying with the directions given by affiants or court appointed personal representatives, guardians, or conservators. We reserve the right to require U.S. court documents for customers who reside outside of the U.S. at time of incompetence or death.

For Non-Sole Proprietors:
Upon notification to the bank of the death or incompetence of a business owner, the business entity will provide documentation evidencing any change in the ownership or control of the entity following applicable legal formalities.

As of June 15, 2018, linked credit accounts that are now closed will no longer count toward your eligible combined balances to avoid the monthly service fee for this account.



---

### General statement policies for Wells Fargo Bank

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

### Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**
**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**
**B.** Any deposits listed in your               $ _____
register or transfers into               $ _____
your account which are not               $ _____
shown on your statement.               + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**SUBTRACT**
**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . $ . _____

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | **Total amount  $** |  |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801