UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| GREATER CLEVELAND AVENUE ) | |
| CHRISTIAN CHURCH ) | Case No. 18-50410 |
| ) | |
| Debtor ) | Chapter 11 |
| _____ ) | |

OBJECTION OF THE UNITED STATES BANKRUPTCY ADMINISTRATOR TO THE MOTION OF THE DEBTOR FOR EXTENSION OF THE EXCLUSIVITY PERIOD AND EXTENSION OF TIME TO HAVE THE PLAN OF REORGANIZATION CONFIRMED

Now comes the United States Bankruptcy Administrator, ("BA") by and through Counsel, and Objects to the Motion of the Debtor for Extension of the Exclusivity Period and Extension of the Time to have the Plan of Reorganization confirmed, on the grounds that the Operating Order entered in this case on April 20, 2018, Doc. No. 6, provides that "[i]f the Debtor files a motion to extend the exclusivity period, the debtor shall file a Status Report on Activities and Financial condition of the Debtor in Possession at the time of the filing of the Motion", and the Debtor has not done so, despite notice from the BA.

This the 4th day of September, 2018.

WILLIAM P. MILLER, ESQ
U.S. BANKRUPTCY ADMINISTRATOR

By    s/ Robert E. Price, Jr.
Robert E. Price, Jr.
Assistant U.S. Bankruptcy Administrator
State Bar No. 9422
101 S. Edgeworth Street
Greensboro, NC 27401
(336) 358-4179

CERTIFICATE OF SERVICE

This is to certify that on this date, the foregoing document was served upon the following parties or counsel by electronic filing and/or depositing a copy in the United States mail, first class postage prepaid, addressed as follows:

Samantha K. Brumbaugh                         via electronic filing

R. Bradford Leggett                           via electronic filing

Apex Bank                                     via electronic filing
c/o Daniel C. Bruton

PRA Receivables Management, LLC
P.O. Box 41021
Norfolk, VA  23541

Greater Cleveland Avenue Christian Church
P.O. Box 20245
Winston Salem, NC  27120

This 4th day of September, 2018.

U. S. BANKRUPTCY ADMINISTRATOR

By :   s/ Traci Galloway
        Bankruptcy Paralegal