§UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

| | |
|---|---|
| IN RE:<br><br>GREATER CLEVELAND AVENUE<br>CHRISTIAN CHURCH<br><br>Debtor. | )<br>)<br>)<br>) Case No. 18-50410<br>) Chapter 11<br>)<br>)<br>) |

## WITHDRAWAL OF MOTION BY APEX BANK TO TO DISMISS OR CONVERT CASE TO CHAPTER 7

COMES NOW Apex Bank and withdraws, without prejudice, the Motion by Apex Bank to Dismiss of Convert Case to Chapter 7 Pursuant to 11 U.S.C. § 1112(b) [DOC# 61] filed on September 4, 2018.

This the 19th day of February, 2019.

_____
DANIEL C. BRUTON
N.C. State Bar No. 22440
Attorney for Apex Bank

OF COUNSEL:

Bell Davis & Pitt, PA
PO Box 21029
Winston-Salem, NC 27120-1029
Telephone: 336-722-3700
dbruton@belldavispitt.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **WITHDRAWAL OF MOTION BY APEX BANK TO TO DISMISS OR CONVERT CASE TO CHAPTER 7** was served upon the following parties via this Court's CM/ECF filing system as follows:

Samantha K. Brumbaugh
Ivey, McClellan, Gatton & Siegmund, LLP
PO Box 3324
Greensboro, NC 27402

William P. Miller
Bankruptcy Administrator
101 South Edgeworth Street
Greensboro, NC 27401

This the 19th day of February, 2019.

_____
DANIEL C. BRUTON
State Bar No. 22440
BELL, DAVIS & PITT, P.A.
P. O. Box 21029
Winston-Salem, NC 27120-1029
(336) 722-3700