UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

IN RE:

GREATER CLEVELAND AVENUE       CASE NO. 18-50410 C-11
CHRISTIAN CHURCH
                               CHAPTER 11
    DEBTOR

## MOTION TO MODIFY PLAN

COMES NOW Greater Cleveland Avenue Christian Church ("Debtor"), by and through undersigned counsel, and moves the court to permit the modification of the Debtor's confirmed chapter 11 plan and shows as follows:

1. This chapter 11 case was filed on April 19, 2018. A plan of reorganization ("Plan") was confirmed on February 22, 2019. That Plan has not yet been consummated.

2. 11 USC § 1127(b) states that "The proponent of a plan or the reorganized debtor may modify such plan at any time after confirmation of such plan and before substantial consummation of such plan, but may not modify such plan so that such plan as modified fails to meet the requirements of sections 1122 and 1123 of this title. Such plan as modified under this subsection becomes the plan only if circumstances warrant such modification and the court, after notice and a hearing, confirms such plan as modified, under section 1129 of this title."

3. The Debtor proposes to modify the Plan by replacing paragraph 1.8c of the Plan with the following:

*The allowed secured claim of Apex Bank in the amount of $3,300,299.35 shall be paid in full pursuant to the following terms beginning on June 1, 2019:*

>   *a) Claim amount: $3,300,299.35*
>   *b) Interest rate: 6%*
>   *c) Amortization period: 20 years*
>   *d) Monthly payment amount (not including taxes or insurance): $23,644.37*
>   *e) Maturity date: June 1, 20122*

*All other terms and conditions of the original loan documents, deed of trust, and Plan not otherwise altered by this modification, shall remain in full force and effect.*

4. The circumstances that warrant such a modification are as follows:

a. The Debtor has obtained an additional source of revenue by leasing space to Blue Green Academy beginning in August 2019. This will generate between $10,000 and $15,000 per month for the Debtor, making it able to service the loan at a market rate.

b. The confirmed Plan's treatment of general unsecured creditors was based on the belief that, should the Debtor be required to vacate the Property, it would nonetheless be able to pay all creditors in full from its continued operations at another location. The Debtor no longer believes that to be the case, understanding now that only by continuing to hold services in its current facility will be able to pay its unsecured creditors in full.

c. The confirmed Plan was one that was reached consensually by granting to Apex Bank terms very favorable to it, albeit ones that the Debtor believed at the time it could meet. Circumstances have changed, however, and the Debtor should be given the opportunity to propose a Modified Plan confirmable under 1129(b), where Apex Bank's dissenting voice could be overridden by an unsecured class intent on protecting its interests.

5. Furthermore, this altered treatment of Apex Bank's claim does not result in the Modified Plan being in contradiction of sections 1122 or 1123. Likewise, the Debtor is prepared to offer testimony at the hearing on this motion sufficient to satisfy the requirements of section 1129.

WHEREFORE, the debtor prays the Court as follows:

1. That the Plan be modified in the manner prescribed in paragraph 3, above;

2. That a hearing on this motion be scheduled for May 22, 2019; and

3. For such other and further relief as the court deems just and proper.

Dated: May 1, 2019

SASSER LAW FIRM

/s/Philip Sasser
Philip Sasser, NC Bar No. 38479
2000 Regency Parkway, Suite 230
Cary, NC 27518
Tel: 919.319.7400
Fax: 919.657.7400
Email:Philip@sasserbankruptcy.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Motion was served on the entities listed below at their last known address with sufficient postage thereon, or, if such interested party is an electronic filing user, by serving such interested party, electronic transmission, pursuant to Local Rule 5005-4(9)(b).

Bankruptcy Administrator
*Served Electronically*

*All Creditors on the Attached Mailing Matrix*

Greater Cleveland Avenue Christian Church
Attn: Bishop McCarter
5095 Lansing Avenue Drive
Winston-Salem, NC 27105

Dated: May 1, 2019

SASSER LAW FIRM

/s/Travis Sasser
Travis Sasser, NC Bar No. 26707
2000 Regency Parkway, Suite 230
Cary, NC 27518
Tel: 919.319.7400
Fax: 919.657.7400

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Apex Bank
c/o C. Ray Herron
430 Montbrook Lane
Suite 208
Knoxville, Tn 37919-2705

Greater Cleveland Avenue Christian Church
P.O. Box 20245
Winston Salem, NC 27120-0245

Winston-Salem
226 S. Liberty Street
Winston-Salem, NC 27101-5286

ADT Security Services
3190 S Vaughn Way
Aurora, CO 80014-3512

Allman Spry Davis Leggett & Crumpler, PA
P.O. Drawer 5129
Winston Salem, NC 27113-5129

Apex Bank
430 Montbrook LS, Ste 208
Knoxville, TN 37919-2705

Apex Bank
Attn: C. Ray Herron
430 Montbrook Lane
Suite 208
Knoxville, TN 37919-2705

Apex Bank
Attn: Matthew D Daniels
as registered agent
430 Montbrook Lane, Ste.207-208
Knoxville, TN 37919-2705

Apex Bank
Attn: Officer/Director
102 E Main Street
Camden, TN 38320-1726

Apple Financial
P.O. Box 310599
Des Moines, IA 50331-0599

Apple Financial Services
DBA Wells Fargo Vendor Financial Service
1010 Thomas Edison Blvd SW
Cedar Rapids, IA 52404-8247

(p)BB AND T
PO BOX 1847
WILSON NC 27894-1847

Blanco Tackabery & Matamoros, PA
Attn: George E. Hollodick
110 S. Stratford Road, Stuite 500
Winston Salem, NC 27104-4244

Canteen Refreshment Services
P.O. Box 417632
Service #: 336-724-6327
Boston, MA 02241-7632

ClubCom, LLC
8 Penn Center West, Ste.100
Pittsburgh, PA 15276-0137

Credit Bureau
P.O. Box 26140
Greensboro, NC 27402-6140

Daniel C. Bruton
Bell Davis & Pitt, PA
PO Box 21029
Winston-Salem, NC 27120-1029

De Lage Landen Financial Services
PO Box 41602
Philadelphia, PA 19101-1602

Employment Security Commission
P.O. Box 26504
Raleigh, NC 27611-6504

Eric L. Menken, Inc.
P.O. Box 996
Faith, NC 28041-0996

Forsyth County Tax Collection
P.O. Box 82
Winston Salem, NC 27102-0082

Greater 1st United Chruch, Inc.
1409 Deep River Road
High Point, NC 27265-3467

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Jeff Sessions
Attorney General of US
US Dept. of Justice
950 Pennsylvania Ave NW
Washington, DC 20530-0009

Johnson Controls Security Solutions, LLC
10405 Crosspoint Blvd.
Indianapolis, IN 46256-3323

Landscape Solutions
809 Parliament Street
High Point, NC 27265-2145

NC Department of Revenue
P.O. Box 1168
Raleigh, NC 27640-0001

(p)NEC FINANCIAL SERVICES
250 PEHLE AVE
STE 704
SADDLE BROOK NJ 07663-5888

North State
PO Box 612
High Point, NC 27261-0612

Office Depot Credit Card Plan
P.O. Box 653054
Dallas, TX 75265-3054

SYNCB/Sam's Club DC
P.O. Box 965036
Orlando, FL 32896-5036

Stanley P. Dean
Substitute Trustee
844 W. Fourth Street
Winston Salem, NC 27101-2502

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Terminix Company
Central Accounting Office
P.O. Box 14009
Greensboro, NC 27415-4009

Tyco Integrated Security, LLC
10405 Crosspoint Blvd.
Indianapolis, IN 46256-3323

U.S. Bank. N.A. d/b/a U.S. Bank Equipment Fi
1310 Madrid Street
Marshall, MN 56258-4099

US Bank Equipment Finance
1310 Madrid Street, Ste. 101
Marshall, MN 56258-4099

United States Attonrey's Office
Civil Process Clerk
Middle District of NC
101 S. Edgeworth Street--4th Floor
Greensboro, NC 27401-6045

Byron Clark
BMC Income Tax and Financial Services
2005 Ames Boulevard
Marrero, LA 70072-4719

Samantha K. Brumbaug Brumbaugh
Ivey, McClellan, Gatton & Talcott, LLP
PO Box 3324
Greensboro, NC 27402-3324

William P. Miller
Bankruptcy Administrator
101 South Edgeworth Street
Greensboro, NC 27401-6024

BB&T
P.O. Box 698
Wilson, NC 27894

NEC FINANCIAL SERVICES
250 PEHLE AVE, STE 704
STE 704
SADDLE BROOK, NJ 07663

(d)NEC Financial Services, LLC
24189 Network Place
Chicago, IL 60673