**SO ORDERED.**

**SIGNED this 22nd day of May, 2019.**



*Catharine R Aron*
_____
UNITED STATES BANKRUPTCY JUDGE

---

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
### WINSTON-SALEM DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **GREATER CLEVELAND AVENUE** | ) | |
| **CHRISTIAN CHURCH,** | ) | **Case No. 18-50410** |
| | ) | **Chapter 11** |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

### ORDER DENYING MOTION TO MODIFY PLAN

THIS CASE came before the Court on May 22, 2019, in Winston Salem, North Carolina upon the Motion to Modify Plan [Doc. #192] (the "Motion to Modify Plan") filed by Greater Cleveland Avenue Christian Church (the "Debtor"). At the hearing, Philip Sasser appeared on behalf of the Debtor, Daniel Bruton appeared on behalf of Apex Bank, and Robert E. Price, Jr., appeared on behalf of the United States Bankruptcy Administrator. The Court received testimony from Bishop Sheldon McCarter and real estate broker Willie Baker.

For the reasons as stated on the record in open court, the Court finds that the Motion to Modify Plan should be denied. The foreclosure can proceed as scheduled. The Court reserves the right to enter a memorandum opinion.

IT IS SO ORDERED.

[END OF DOCUMENT]

# SERVICE LIST

ALL PARTIES OF RECORD AS OF THE DATE OF THE ORDER SHALL BE SERVED BY THE BANKRUPTCY NOTICING CENTER